IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAZI GOLA, et al. | : | CIVIL ACTION |
| | : | NO. 09-5037 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

ORDER

AND NOW, this 13th day of June, 2011, after consideration of Center City Metals's motion for reconsideration and the response thereto filed by Joe Gola, Mazi Gola and New York Diamond Exchange, it is ORDERED as follows:

1) Center City Metals's motion for reconsideration is GRANTED;

2) The Order dated March 22, 2011 is VACATED in its entirety;

3) This action is stayed pending further Order of the Court. The parties shall inform the Court when the criminal proceeding against Joe Gola has concluded.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.