

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAZI GOLA, : CIVIL ACTION
d/b/a NEW YORK DIAMOND EXCHANGE

v. :

CITY OF PHILADELPHIA, DEPARTMENT OF
LICENSES AND INSPECTIONS
    and
DOMINIC J. VERDI
    and
OFFICER JOSEPH MURRAY
    and
PHILADELPHIA POLICE DEPARTMENT
    and
DETECTIVE THOMAS SWEENEY
    and
EDWARD A. RUST, t/a
CENTER CITY METALS, LLC. : NO. 09-5037

FILED
JUN 20 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 20 day of June, 2012:

1. Plaintiff's motion for partial summary judgment with respect to Counts I, V and VI of the amended complaint is DENIED.

2. Defendants' motion to dismiss is GRANTED with respect to Counts I, V and VI and Counts I, V and VI of the amended complaint are DISMISSED.

3. In all other respects defendants' motion to dismiss is DENIED.

4. The amended complaint against the Department of Licenses and Inspections and the Philadelphia Police Department is DISMISSED as those Departments are not suable entities. The City of Philadelphia is substituted for those Departments.

5. The City of Philadelphia, Dominic Verdi, Joseph Murray and Thomas Sweeney shall file answers to the claims remaining in the amended complaint on or before July 6, 2012.

6. Also on or before July 6, 2012, plaintiff and defendants shall agree upon a revised discovery schedule and submit same to the Court for approval.

7. The parties should notify my Deputy Clerk Mr. Ervin, #267-299-7559, if a settlement conference before Magistrate Judge Restrepo would be helpful.

                                         _T N O'Neill_
                                         THOMAS N. O'NEILL, JR.        J.

ENTERED
6/20/12
Phila Clerk of Court